AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gorton, Nathaniel M. | District Court - Massachusetts | 08/19/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Court
1 Courthouse Way, Suite 3110
Boston, MA 02210

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Stockholder, Clerk/Secretary and Director | SG Seafood Holdings, Inc., Boston, MA (closely held family seafood business) a MA corporation |
| 2. | Power of Attorney/Trustee (See NOTE in Part VIII) | Fidelity money market accounts (for all stockholders of SG Seafood Holdings Inc.) all of whom are relatives of the reporting party |
| 3. | Trustee (See NOTE in Part VIII) | Irrevocable Trust (created in connection with the estate plan of reporting party's sister) |
| 4. | Trustee (See NOTE in Part VIII) | 1989 Irrevocable Trust and Irrevocable Sub S Trust (both created in connection with the estate plan of reporting party's brother) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 08/04/2015 | SG Seafood Holdings, Inc. (Closely held family seafood business) corporate clerk/secretary, director, custodian, trustee and accounting duties | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | New York Intellectual Property Lawyers Association | 03/27/2015 | New York City | Attend annual NYIPLA dinner at Waldorf Astoria | reimbursement for lodging and travel by train w/spouse from Boston to NYC |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SG Seafood Holdings, Inc. (a MA corporation)(common stock) | E | Dividend | P1 | Q | | | | | See Section VIII |
| 2. Fidelity Cash Reserves (individual) | A | Int./Div. | K | T | | | | | |
| 3. Charitable Remainder Trust | E | Int./Div. | | | | | | | See Section VIII |
| 4. - Abbvie Inc. (bond) | | | | | | | | | |
| 5. - Johnson & Johnson | | | | | | | | | |
| 6. - Jack Henry & Associates | | | | | Buy | 09/09/15 | J | | |
| 7. - CVS Health Corp (formerly CVS Caremark Corp) | | | | | | | | | |
| 8. - CVS/Health Corp (bond) (formerly CVS Caremark Corp) | | | | | | | | | |
| 9. - Automatic Data Processing Inc | | | | | | | | | |
| 10. - TJX Companies Inc. | | | | | | | | | |
| 11. - Ecolab Inc. (bond) | | | | | | | | | |
| 12. - Ryder Systems Inc (bond) | | | | | | | | | |
| 13. - Medtronic Inc.(bond) | | | | | | | | | |
| 14. - Comcast Corp | | | | | | | | | |
| 15. - Whole Foods Mkt Inc | | | | | Sold | 07/30/15 | J | | |
| 16. - Microsoft Corp | | | | | | | | | |
| 17. - Kinder Morgan C Corp | | | | | Sold | 09/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Abbvie, Inc. | | | | | | | | | |
| 19. - Nike Inc | | | | | | | | | |
| 20. - UnitedHealth Group Inc | | | | | | | | | |
| 21. - Procter & Gamble Co | | | | | | | | | |
| 22. - Costco Wholesale Corp | | | | | | | | | |
| 23. - 3M Co | | | | | | | | | |
| 24. - Emerson Electric Co | | | | | | | | | |
| 25. - United Technologies Corp | | | | | | | | | |
| 26. - RPM Corp | | | | | | | | | |
| 27. - American Express Co | | | | | | | | | |
| 28. - JP Morgan Chase & Co | | | | | | | | | |
| 29. - HCP Inc | | | | | Sold | 01/07/15 | J | B | |
| 30. - Public Storage Inc | | | | | | | | | |
| 31. - IShares MSCI Pacific EX Japan ETF | | | | | Sold | 09/10/15 | J | | |
| 32. - IShares MSCI Emerging Mkts ETF | | | | | Sold | 09/10/15 | J | | |
| 33. - Novo Nordisk AS ADR-B | | | | | | | | | |
| 34. Boston Financial Management, Inc. IRA | F | Distribution | P1 | T | | | | | See Sect. VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Copart Inc. | | | | | Buy | 07/08/15 | L | | |
| 36. - Patterson Cos Inc | | | | | Buy | 07/08/15 | K | | |
| 37. - Jack Henry & Associates, Inc. | | | | | Buy | 09/09/15 | K | | |
| 38. - Check Point Software Tech Ltd | | | | | Buy | 11/05/15 | J | | |
| 39. - Praxair, Inc. (bond) | | | | | Buy | 02/05/15 | K | | |
| 40. - Stryker Corp (bond) | | | | | | | | | |
| 41. - Ecolab Inc (bond) | | | | | | | | | |
| 42. - Ford Motor Credit Co LLC (bond) | | | | | | | | | |
| 43. - Royal Bank of Canada (bond) | | | | | | | | | |
| 44. - CVS Health Corp (bond) (formerly CVS Caremark Corp) | | | | | | | | | |
| 45. - Unilever Capital Corp (bond) | | | | | | | | | |
| 46. - Microsoft Corp | | | | | Buy (add'l) | 11/05/15 | J | | |
| 47. - Comcast Corp | | | | | | | | | |
| 48. - Ralph Lauren Corp | | | | | Sold | 01/02/15 | K | B | |
| 49. - American Tower Corp - CL A | | | | | | | | | |
| 50. - IShares TR S&P Midcap 400 | | | | | | | | | |
| 51. - IShares TR S&P Small Cap 600 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Kinder Morgan C Corp | | | | | Sold | 09/09/15 | K | | |
| 53.   - Whole Foods Mkt Inc | | | | | Sold | 07/30/15 | J | | |
| 54.   - Deere & Co | | | | | Sold | 12/04/15 | J | | |
| 55.   - Emerson Elec Co | | | | | | | | | |
| 56.   - Verizon Communications (bond) | | | | | Buy | 07/15/15 | K | | |
| 57.   - American Express CR MTN (bond) | | | | | Matured | 09/15/15 | K | | |
| 58.   - DirectTV Holdings (bond) | | | | | Sold | 09/14/15 | K | | |
| 59.   - Suntrust Bks Inc (bond) | | | | | | | | | |
| 60.   - Capital One FINL Co (bond) | | | | | | | | | |
| 61.   - Southern Co (bond) | | | | | | | | | |
| 62.   - Lochheed Martin Corp (bond) | | | | | | | | | |
| 63.   - Beam Inc. (bond) | | | | | | | | | |
| 64.   - Pitney Bowes Inc (bond) | | | | | | | | | |
| 65.   - Oneok Partners LP (bond) | | | | | | | | | |
| 66.   - HSBC Holdings (preferred) | | | | | Sold | 03/12/15 | J | A | |
| 67.   - Nextera Energy (preferred) | | | | | Sold | 03/12/15 | J | | |
| 68.   - Public Storage Q (preferred) | | | | | Sold | 10/29/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000    E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Nike Inc CL B | | | | | | | | | |
| 70. - Diageo PLC ADR | | | | | | | | | |
| 71. - Procter & Gamble Company | | | | | | | | | |
| 72. - Anadarko Pete Corp | | | | | | | | | |
| 73. - Chevron Corp | | | | | Buy (add'l) | 07/10/15 | K | | |
| 74. - American Express Co | | | | | | | | | |
| 75. - Chubb Corp | | | | | | | | | |
| 76. - JP Morgan Chase & Co | | | | | | | | | |
| 77. - Abbvie Inc | | | | | | | | | |
| 78. - Johnson & Johnson | | | | | | | | | |
| 79. - Novo-Nordisk AS ADR-B | | | | | Sold (part) | 07/13/15 | K | D | |
| 80. - United Health Group Inc | | | | | | | | | |
| 81. - 3M Co | | | | | | | | | |
| 82. - United Technologies Corp | | | | | | | | | |
| 83. - Cognizant Technology Solutions Corp | | | | | Buy (add'l) | 11/05/15 | J | | |
| 84. - Oracle Corp | | | | | Sold | 11/05/15 | J | B | |
| 85. - Air Prods & Chems Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - RPM International Inc Com | | | | | | | | | |
| 87.   - Avalon Bay Cmntys Inc | | | | | | | | | |
| 88.   - HCP Inc | | | | | Sold | 01/07/15 | J | A | |
| 89.   - Enbridge C Corp | | | | | Sold | 09/23/15 | J | | |
| 90.   - IShares MSCI Emerging Markets ETF | | | | | Sold | 07/08/15 | L | | |
| 91.   - IShares MSCI Pacific EX Japan ETF | | | | | Sold | 07/08/15 | K | | |
| 92.   - Matthews Asia Small Cos | | | | | | | | | |
| 93.   Boston Financial Management, Inc. Revocable Trust | D | Int./Div. | N | T | | | | | See Sect. VIII |
| 94.   - CVS Health Corp (bond) (formerly CVS Caremark Corp) | | | | | | | | | |
| 95.   - Deere & Company (bond) | | | | | | | | | |
| 96.   - Comcast Corp | | | | | Buy (add'l) | 10/22/15 | J | | |
| 97.   - TJX Companies Inc | | | | | | | | | |
| 98.   - Costco Whsl Corp | | | | | | | | | |
| 99.   - Unilever Plc ADR | | | | | Buy (add'l) | 10/22/15 | J | | |
| 100.  - Chubb Corp | | | | | | | | | |
| 101.  - Danaher Corp | | | | | | | | | |
| 102.  - Deere & Co | | | | | Sold | 12/04/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Emerson Electric Co | | | | | | | | | |
| 104. - Cognizant Technology Solutions Corp | | | | | Buy (add'l) | 11/05/15 | J | | |
| 105. - Welltower Inc. (formerly Health Care Reit Inc) | | | | | | | | | |
| 106. - Kinder Morgan C Corp | | | | | Sold | 10/16/15 | J | | |
| 107. - Oneok C Corp | | | | | Buy (add'l) | 06/15/15 | J | | |
| 108. | | | | | Sold | 09/24/15 | J | | |
| 109. - IShares TR S&P Midcap 400 | | | | | Buy (add'l) | 03/11/15 | J | | |
| 110. - IShares TR S&P Small Cap 600 | | | | | Buy (add'l) | 03/11/15 | J | | |
| 111. - IShares MSCI Emerging Markets ETF | | | | | Sold | 07/08/15 | J | | |
| 112. - United Health Group Inc | | | | | | | | | |
| 113. - Kellogg Co (bond) | | | | | | | | | |
| 114. - Westwood MA - GO (bond) | | | | | Matured | 06/01/15 | K | | |
| 115. - Public Storage Q (preferred) | | | | | Sold | 11/04/15 | J | A | |
| 116. - Amazon Com Inc | | | | | | | | | |
| 117. - Nike Inc CL B | | | | | Sold (part) | 10/22/15 | J | C | |
| 118. - Anheuser Busch Inbev SA/NV-SP ADR | | | | | | | | | |
| 119. - Diago Plc ADR | | | | | Buy (add'l) | 03/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - McCormick & Co Inc | | | | | | | | | |
| 121. - Anadarko Pete Corp | | | | | | | | | |
| 122. - Chevron Corp | | | | | Buy (add'l) | 07/10/15 | J | | |
| 123. | | | | | Buy (add'l) | 10/22/15 | J | | |
| 124. - Schlumberger | | | | | | | | | |
| 125. - American Express Co | | | | | Buy (add'l) | 06/15/15 | J | | |
| 126. | | | | | Sold (part) | 10/27/15 | J | | |
| 127. - JP Morgan Chase & Co | | | | | | | | | |
| 128. - Abbvie Inc | | | | | Buy (add'l) | 10/22/15 | J | | |
| 129. - Bristol Meyers Squibb Co | | | | | | | | | |
| 130. - Johnson & Johnson | | | | | Buy (add'l) | 03/11/15 | J | | |
| 131. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 132. | | | | | Sold (part) | 10/22/15 | J | A | |
| 133. - United Health Group Inc. | | | | | | | | | |
| 134. - 3M Co | | | | | | | | | |
| 135. - Caterpillar Inc Com | | | | | Buy (add'l) | 03/11/15 | J | | |
| 136. | | | | | Sold | 09/24/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Union Pac Corp | | | | | Sold | 12/04/15 | J | A | |
| 138. - United Technologies Corp | | | | | | | | | |
| 139. - Apple Computer Inc | | | | | | | | | |
| 140. - Automatic Data Processing | | | | | | | | | |
| 141. - Check Point Software Tech Ltd | | | | | Buy (add'l) | 03/11/15 | J | | |
| 142. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 143. - Microsoft Corp | | | | | Buy (add'l) | 11/05/15 | J | | |
| 144. - Air Prods & Chems Inc | | | | | | | | | |
| 145. - Praxair Inc | | | | | Buy (add'l) | 06/15/15 | J | | |
| 146. - RPM International Inc Com | | | | | | | | | |
| 147. - Avalonbay Cmntys Inc | | | | | | | | | |
| 148. - HCP Inc | | | | | Sold | 01/07/15 | J | B | |
| 149. - Public Storage Inc | | | | | | | | | |
| 150. - Enbridge C Corp | | | | | Sold | 09/24/15 | J | | |
| 151. - IShares MSCI Pacific EX Japan ETF | | | | | Sold | 07/08/15 | J | | |
| 152. - General Elec Cap Corp (Bond) | | | | | Buy | 03/12/15 | K | | |
| 153. | | | | | Sold | 05/20/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Oracle Corp (Bond) | | | | | Buy | 05/22/15 | K | | |
| 155. - Oracle Corp | | | | | Buy | 03/11/15 | J | | |
| 156. | | | | | Sold | 11/05/15 | J | | |
| 157. - Welltower Inc (formerly Health Care Reit Inc) | | | | | Buy (add'l) | 06/15/15 | J | | |
| 158. - Copart Inc. | | | | | Buy | 07/08/15 | J | | |
| 159. - Patterson Cos Inc | | | | | Buy | 07/08/15 | J | | |
| 160. Boston Financial Management Inc Revocable Trust | D | Int./Div. | N | T | | | | | See Section VIII |
| 161. - Phillips 66 (Bond) | | | | | | | | | |
| 162. - Bristol Myers Squibb Co | | | | | | | | | |
| 163. - Johnson & Johnson | | | | | | | | | |
| 164. - Costco Wholesale Corp | | | | | | | | | |
| 165. - Ralph Lauren Corp | | | | | Sold | 01/02/15 | J | B | |
| 166. - Amazon.com Inc. | | | | | | | | | |
| 167. - Automatic Data Processing Inc | | | | | | | | | |
| 168. - Automatic Data Processing Inc. (Bond) | | | | | Buy | 09/25/15 | K | | |
| 169. - Emerson Electric Co | | | | | | | | | |
| 170. - Caterpillar Inc | | | | | Sold | 09/24/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - United Technologies Corp | | | | | | | | | |
| 172.  - Apple Inc | | | | | | | | | |
| 173.  - Kinder Morgan Inc | | | | | Sold | 09/09/15 | J | | |
| 174.  - Chubb Corp | | | | | | | | | |
| 175.  - American Express Co | | | | | Buy (add'l) | 07/15/15 | J | | |
| 176.  - American Tower Corp | | | | | | | | | |
| 177.  - Anheuser Busch Inbev SA/NV-SP ADR | | | | | | | | | |
| 178.  - Diageo PLC ADR | | | | | | | | | |
| 179.  - Enbridge C Corp | | | | | Sold | 09/23/15 | J | | |
| 180.  - Wells Fargo & Co | | | | | Buy (add'l) | 07/15/15 | J | | |
| 181.  - Comcast Corp | | | | | | | | | |
| 182.  - TJX Companies | | | | | Buy (add'l) | 07/15/15 | J | | |
| 183.  - McCormick & Co Inc | | | | | | | | | |
| 184.  - Unilever PLC ADR | | | | | | | | | |
| 185.  - Whole Foods Mkt Inc | | | | | Sold | 08/31/15 | J | | |
| 186.  - Deere & Co | | | | | Buy (add'l) | 07/15/15 | J | | |
| 187.  - | | | | | Sold | 12/04/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - Check Point Software Tech Ltd | | | | | Buy (add'l) | 11/05/15 | J | | |
| 189.  - Oracle Corp | | | | | Sold | 11/05/15 | J | A | |
| 190.  - Praxair Inc | | | | | | | | | |
| 191.  - Sigma Aldrich Corp | | | | | Donated | | | | |
| 192.  - IShares MSCI Emerging | | | | | Sold | 07/15/15 | J | | |
| 193.  - IShares MSCI Paciic EX Japan ETF | | | | | Sold | 07/15/15 | J | | |
| 194.  - Genzyme Corp (Bond) | | | | | Matured | 06/15/15 | K | | |
| 195.  - Kellogg Co (Bond) | | | | | | | | | |
| 196.  - Bank of Nova Scotia (bond) | | | | | | | | | |
| 197.  - Nike Inc - B | | | | | | | | | |
| 198.  - Abbvie Inc | | | | | | | | | |
| 199.  - United Health Group Inc | | | | | | | | | |
| 200.  - Cognizant Technology Solutions Corp | | | | | Buy (add'l) | 11/05/15 | J | | |
| 201.  - Microsoft Corp | | | | | Buy (add'l) | 11/05/15 | J | | |
| 202.  - 3M Co | | | | | Buy (add'l) | 07/15/15 | J | | |
| 203.  - Chevron Corp | | | | | Buy (add'l) | 07/15/15 | J | | |
| 204.  - Oneok C Corp | | | | | Sold | 09/24/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 08/19/2016 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Union Pacific Corp | | | | | Buy (add'l) | 07/15/15 | J | | |
| 206. | | | | | Sold | 12/04/15 | J | | |
| 207. - Welltower Inc. (formerly Health Care REIT Inc) | | | | | | | | | |
| 208. - JP Morgan Chase & Co | | | | | | | | | |
| 209. - Avalonbay Communities Inc | | | | | | | | | |
| 210. - Public Storage Inc | | | | | | | | | |
| 211. - Schlumberger Ltd | | | | | Buy (add'l) | 07/15/15 | J | | |
| 212. - Gilead Sciences | | | | | | | | | |
| 213. - Novo-Nordisk AS ADR-B | | | | | | | | | |
| 214. - Air Prods & Chems Inc | | | | | | | | | |
| 215. - RPM International Inc Com | | | | | | | | | |
| 216. - IShares TR S&P Midcap 400 | | | | | | | | | |
| 217. - IShares TR S&P Small Cap 600 | | | | | | | | | |
| 218. - Copart Inc | | | | | Buy | 07/15/15 | J | | |
| 219. - Patterson Cos Inc | | | | | Buy | 07/15/15 | J | | |
| 220. - Jack Henry & Associates Inc | | | | | Buy | 09/09/15 | J | | |
| 221. - Bank of America | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Lines 2 - 4 NOTE: None of the beneficiaries of the trusts and accounts listed in Part I of which the reporting party is a trustee is a dependent of the reporting party and neither the reporting party nor his spouse has any beneficial interest in or control over the disposition of assets of such trusts and accounts.

Part VII, Line 1 - Income of the reporting party reported in Section VII is attributable to his pro rata share of the income of SG Seafood Holdings, Inc. ("Holdings") which is taxed as an S corporation whereby all corporate income is deemed passed through and taxable to the individual stockholders whether or not such income is, in fact, distributed. The value of the stock holdings is appraised biennially by a certified financial planner, last done in 2012.

Part VII, Line 3 - In 1997 the reporting party and spouse funded a chartible remainder trust of which they are the income beneficiaries for life but in which they retain no right to principal.

Part VII, Lines 3, 34, 93 and 159 - The assets listed on these lines (and on the dashed ("-") lines that follow) are managed by Boston Financial Management, Inc., Boston MA and consist of stocks and bonds in publicly held companies and equity holdings based on certain indices.

Part VII, Line 34 - The reporting party is now required to withdraw a certain minimum amount from his IRA account each year.

Part VII, Lines 4, 6, and 12 (not 11), erroneously reported in 2014 as sold "part" when, in fact, it should have been reported "sold".

Part VII, Line 85, sold in its entirety, erroneously reported in 2014 as sold "part" when, in fact, it should have been reported "sold".

Part VII, Line 156 I have amended this entry to reflect the name change.

Part VII, Line 176 should have been reported in 2015 and has been added to this Amended Report (see line 133).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Nathaniel M. Gorton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544